IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. _____

GUS IRIZARRY,

    Plaintiff,

v.

STEEDA AUTOSPORTS, INC., a Florida
Corporation, STEEDA SALES AND SERVICES,
LLC, a Florida Limited Liability Company, and
DARIO ORLANDO, individually,

    Defendants.
_____/

## NOTICE OF REMOVAL

The defendants, Steeda Autosports, Inc., Steeda Sales and Services, LLC and Dario Orlando ("defendants"), have removed this cause to the United States District Court for the Southern District of Florida pursuant to 29 U.S.C. §201. The grounds for removal are:

1. On or about July 16, 2014, the plaintiff, Gus Irizarry, filed a civil action against the defendants in the Circuit Court of the Seventeenth Judicial District in and for Broward County, Florida, titled *Gus Irizarry v. Steeda Autosports, Inc., Steeda Sales and Services, LLC and Dario Orlando, individually*, Case No. CACE 14-01376 08. The Summons and Complaint were served on the defendant on July 25, 2014. Other than the July 25, 2014 service, no proceedings have been had in this matter of which the undersigned is aware.

2. Pursuant to 28 U.S.C. §1446(a), true and correct copies of all process and pleadings served upon the defendants are attached hereto as the following exhibits:

    Exhibit A –    Summons
    Exhibit B –    Complaint

3. In this action, the plaintiff asserts claims pursuant to 29 U.S.C. §201, et seq.

4. This Court has original subject matter jurisdiction over this case pursuant to 28 U.S.C. §1331, and this case may be removed to this Court pursuant to 28 U.S.C. §1441 in that it is a civil action containing federal question causes of action under 29 U.S.C. §201, et seq.

5. This notice of removal is filed within 30 days after receipt of the Complaint by the defendants. It is, therefore, timely under 28 U.S.C. §1446(b).

6. The defendants will promptly file a copy of this notice of removal with the Clerk of the Circuit Court of the Seventeenth Judicial District in and for Broward County, Florida, as required by 28 U.S.C. §1446(d).

The defendants therefore request that the above-described action pending in the Circuit Court of the Seventeenth Judicial District in and for Broward County, Florida, be removed therefrom to this Court.

Date: August 25, 2014                                        Respectfully submitted,

By: ___/s/ Kenneth A. Knox_____
    Kenneth A. Knox
    Fla. Bar No. 829455
    kknox@laborlawyers.com
    FISHER & PHILLIPS
    450 East Las Olas Boulevard
    Suite 800
    Fort Lauderdale, FL 33301
    Telephone (954) 525-4800
    Facsimile (954) 525-8739

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on **August 25, 2014**, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day to all counsel of record identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF and/or via U.S. Mail.

/s/ Kenneth A. Knox
Kenneth A. Knox
Fla. Bar No. 829455
kknox@laborlawyers.com
FISHER & PHILLIPS
450 East Las Olas Boulevard
Suite 800
Fort Lauderdale, FL 33301
Telephone (954) 525-4800
Facsimile (954) 525-8739

*Attorney for Defendants*

## SERVICE LIST

**United States District Court – Southern District of Florida**
**Case No.: _____**
**Gus Irizarry v. Steeda Autosports, Inc., Steeda Sales and Services, LLC and Dario Orlando**

| Christopher J. Whitelock, Esquire<br>cjwhitelock@bellsouth.net<br>Whitelock & Associates, P.A.<br>300 SE 13th Street<br>Suite D<br>Fort Lauderdale, Florida 33316<br>Telephone (954) 463-2001<br>Facsimile (954) 463-0410<br><br>*Attorney for Plaintiff* | Kenneth A. Knox, Esquire<br>kknox@laborlawyers.com<br>FISHER & PHILLIPS LLP<br>450 East Las Olas Boulevard<br>Suite 800<br>Ft. Lauderdale, Florida 33301<br>Telephone:   (954) 525-4800<br>Facsimile:    (954) 525-8739<br><br>*Attorney for Defendants* |