Case Number: CACE-14-013766 Division: 08
Filing # 16002272 Electronically Filed 07/16/2014 04:54:12 PM

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

GUS IRIZARRY,

    Plaintiff,

vs.

STEEDA AUTOSPORTS, INC., a Florida
Corporation, STEEDA SALES AND SERVICES,
LLC, a Florida Limited Liability Company and
DARIO ORLANDO, individually,

    Defendants.
_____/

CASE NO.:

ALL-STATES PROCESS SERVICE

## SUMMONS

**THE STATE OF FLORIDA:**
To Each Sheriff of the State:

    **YOU ARE HEREBY COMMANDED** to serve this summons and a copy of the Complaint, on the Defendant:

    DARIO ORLANDO, individually
    1351 N.W. Steeda Way
    Pompano Beach, FL 33069

Each Defendant is required to serve written defenses to the Complaint on:

    Christopher J. Whitelock, Esq.
    Whitelock & Associates, P.A.
    300 Southeast Thirteenth Street, Suite D
    Fort Lauderdale, Florida 33316

within 20 days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against the Defendant for the relief demanded in the Complaint or Petition.

    **WITNESS** my hand and the Seal of said Court.

JUL 17 2014

Howard
As Clerk

BY _____

HOWARD C. FORMAN

*** FILED: BROWARD COUNTY, FL HOWARD FORMAN CLERK 7/16/2014 4:53:44 PM.***

EXHIBIT A

Filing # 16002272 Electronically Filed 07/16/2014 04:54:12 PM

IN THE 17TH JUDICIAL CIRCUIT IN
AND FOR BROWARD COUNTY,
FLORIDA COUNTY, FLORIDA

GUS IRIZARRY,                                            CASE NO.:

    Plaintiff,

vs.

STEEDA AUTOSPORTS, INC., a Florida
Corporation, STEEDA SALES AND SERVICES,
LLC., a Florida Limited Liability Company and
DARIO ORLANDO, individually,

    Defendants.
_____/

## COMPLAINT

Plaintiff, GUS IRIZARRY, by and through his undersigned counsel, WHITELOCK & ASSOCIATES, P.A., files this Complaint against the Defendants, STEEDA AUTOSPORTS, INC., a Florida Corporation, (hereinafter, "Steeda Autosports" or collectively "Defendants"), STEEDA SALES AND SERVICES, LLC., a Florida Limited Liability Company, (hereinafter, "Steeda Sales" or collectively "Defendants") and DARIO ORLANDO, individually, (hereinafter "Orlando"), and alleges, as follows:

### INTRODUCTION

1. This is an action pursuant to the Fair Labor Standards Act, as amended (the "FLSA"), 29 U.S.C. § 201 et seq., that is in excess of Fifteen Thousand Dollars, ($15,000.00), exclusive of attorney's fees, costs and expenses.

2. The Court has jurisdiction over their controversy and venue is proper as all acts described herein occurred within their judicial district.

1

EXHIBIT
B

3. At all times material hereto, Plaintiff is *sui juris*, and over eighteen (18) years of age.

4. At all times material hereto, Defendant, STEEDA AUTOSPORTS, INC., is a Florida corporation that conducts business within this judicial district, with its primary place of business in Broward County, Florida.

5. At all times material hereto, Defendant, STEEDA SALES AND SERVICES, LLC., is a Florida Limited Liability Company that conducts business within this judicial district, with its primary place of business in Broward County, Florida.

6. At all times material hereto, STEEDA AUTOSPORTS, INC. and STEEDA SALES AND SERVICES, LLC. were joint employers of the Plaintiff.

7. At all times material hereto, Defendant, STEEDA AUTOSPORTS, INC., is an 'enterprise engaged in commerce' within the meaning of 448.08 and the FLSA.

8. At all times material hereto, Defendant, STEEDA SALES AND SERVICES, LLC., is an 'enterprise engaged in commerce' within the meaning of 448.08 and the FLSA.

9. At all times material hereto, Defendant, DARIO ORLANDO, individually, acted directly in the interests of his employer, the Defendants, in relation to the Plaintiff, and this individual Defendant exercised the requisite legal control and otherwise administered the illegal acts as described herein on behalf of the Defendants, and is otherwise an 'employer' under 448.08 and the FLSA.

## FACTUAL ALLEGATIONS

10. Plaintiff was hired by the Defendants as an inside sales employee but "misclassified" the Plaintiff as an exempt employee in order to avoid paying the Plaintiff overtime compensation.

11. Specifically, and during his employment, the Defendants had Plaintiff, a non-exempt employee, work inside sales in excess of forty (40) hours per work week and willfully refused to properly compensate Plaintiff for such work.

12. The Defendants would also require the Plaintiff, and other employees, to reimburse the Defendants for items which were for the primary benefit or convenience of the Defendants as the employer, for example, shipping costs, which would then reduce the Plaintiff's compensation.

13. All records concerning the number of hours actually worked by Plaintiff are presumably in the exclusive possession and sole custody and control of the Defendants, and therefore, Plaintiff is unable to state at this time the exact amount due.

14. Plaintiff, however, will exert diligent efforts to obtain such information by appropriate discovery proceedings, to be taken promptly in this case, and if required, an amendment to this Complaint will be submitted to set forth an amount due by the Plaintiff.

## COUNT I
## FLSA – STEEDA AUTOSPORTS, INC.

15. Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 14 above.

16. Plaintiff is entitled to time and one half for each hour worked in excess of forty (40) hours per work week pursuant to the FLSA.

17. By reason of the intentional, willful and unlawful acts of the Defendant, STEEDA AUTOSPORTS, INC., in violation of the FLSA, Plaintiff has suffered damages.

WHEREFORE, Plaintiff GUS IRIZARRY, respectfully request that judgment be entered in his favor against the Defendant, STEEDA AUTOSPORTS, INC., a Florida corporation, for all damages and relief under the FLSA, including liquidated damages (and/or pre-judgment interest), attorneys' fees, costs and expenses, in addition to all other relief this Court deems just and proper.

## COUNT II
## FLSA – STEEDA SALES AND SERVICES, LLC.

18. Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 14 above.

19. Plaintiff is entitled to time and one half for each hour worked in excess of forty (40) hours per work week pursuant to the FLSA.

20. By reason of the intentional, willful and unlawful acts of the Defendant, STEEDA SALES AND SERVICES, LLC., in violation of the FLSA, Plaintiff has suffered damages.

WHEREFORE, Plaintiff GUS IRIZARRY, respectfully request that judgment be entered in his favor against the Defendant, STEEDA SALES AND SERVICES, LLC., a Florida Limited Liability Company, for all damages and relief under the FLSA, including liquidated damages (and/or pre-judgment interest), attorneys' fees, costs and expenses, in addition to all other relief this Court deems just and proper.

## COUNT III
## FLSA – DARIO ORLANDO

21. Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 14 above.

22. Plaintiff is entitled to time and one half for each hour worked in excess of forty (40) hours per work week pursuant to the FLSA.

23. By reason of the intentional, willful and unlawful acts of the Defendant, DARIO ORLANDO, in violation of the FLSA, Plaintiff has suffered damages.

**WHEREFORE**, Plaintiff GUS IRIZARRY, respectfully request that judgment be entered in his favor against the Defendant, DARIO ORLANDO, individually, for all damages and relief under the FLSA, including liquidated damages (and/or pre-judgment interest), attorneys' fees, costs and expenses, in addition to all other relief this Court deems just and proper.

### DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all counts.

DATED this ___16___ day of July, 2014.

Respectfully submitted,

WHITELOCK & ASSOCIATES, P.A.
300 Southeast Thirteenth Street, Suite D
Fort Lauderdale, Florida 33316
Telephone: (954) 463-2001
Facsimile: (954) 463-0410
E-mail: cjwhitelock@bellsouth.net
Counsel for Plaintiff

/s/Christopher J. Whitelock
Christopher J. Whitelock
Florida Bar No: 0067539