IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-CV-61939-BB

GUS IRIZARRY,

    Plaintiff,

v.

STEEDA AUTOSPORTS, INC., a Florida Corporation, STEEDA SALES AND SERVICES, LLC, a Florida Limited Liability Company, and DARIO ORLANDO, individually,

    Defendants.

_____/

## CORRECTED JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND OF DISMISSAL WITH PREJUDICE

The parties file this Joint Motion for Approval of Settlement Agreement and of Dismissal With Prejudice, and respectfully state as follows:

1. This is an action filed under the Fair Labor Standards Act ("FLSA"), as amended by the Equal Pay Act, 29 U.S.C. § 206(d), in which the plaintiff sought recovery for unpaid wages allegedly due and owing to him. The defendant denied the plaintiff's allegations and disputed the validity of his claims.

2. The parties have reached a resolution of this matter, and have entered into a settlement agreement, which is attached hereto as **Exhibit 1**. Because of the nature of the plaintiff's claims, the settlement agreement requires Court approval in order to become effective. See Lynn's Food Stores, Inc. v. U.S., 679 F.2d 1350, 1352 (11th Cir. 1982).

3. In order to avoid the uncertainties of litigation and the attorneys' fees associated with this type of action, the parties negotiated a resolution of the matter. Importantly, throughout the entirety of the resolution process, the plaintiff was represented by counsel with experience in

labor and employment law. The defendants were also represented by competent counsel throughout this process.

4.  The settlement includes a fair and reasonable amount of back wages, liquidated damages, and a payment to cover the plaintiff's attorney's fees, which the parties agree are reasonable. The agreement reflects the exact amount he is receiving, as well as how much his attorney is receiving.

5.  Accordingly, the parties jointly request that the Court enter an Order approving the settlement agreement, and dismissing this case with prejudice.

Date: December 4, 2014                                          Respectfully submitted,

| By: /s/Christopher J. Whitelock | By: /s/Candice C. Pinares-Baez |
|---|---|
| Christopher J. Whitelock, Esquire | Kenneth A. Knox, Esquire |
| cjwhitelock@bellsouth.net | kknox@laborlawyers.com |
| Whitelock & Associates, P.A. | Candice C. Pinares-Baez, Esquire |
| 300 SE 13th Street | cpinares-baez@laborlawyers.com |
| Suite D | FISHER & PHILLIPS LLP |
| Fort Lauderdale, Florida 33316 | 450 East Las Olas Boulevard |
| Telephone (954) 463-2001 | Suite 800 |
| Facsimile (954) 463-0410 | Ft. Lauderdale, Florida 33301 |
| | Telephone: (954) 525-4800 |
| | Facsimile: (954) 525-8739 |
| *Attorney for Plaintiff* | |
| | *Attorneys for Defendants* |

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 14-CV-61939-BB

GUS IRIZARRY,

        Plaintiff,

vs.

STEEDA AUTOSPORTS, INC., a Florida Corporation, STEEDA SALES AND SERVICES, LLC., a Florida Limited Liability Company, and DARIO ORLANDO, individually,

        Defendants.

_____/

## ORDER ON CORRECTED JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court upon the Joint Motion for Approval of Settlement Agreement and of Dismissal With Prejudice filed by the Parties. The Court has carefully reviewed said Joint Motion and after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Joint Motion for Approval of Settlement Agreement and of Dismissal With Prejudice is hereby approved, adopted and ratified by the Court;

2. All claims in the above-captioned matter are **DISMISSED** with prejudice, with each party to bear his or its own attorney's fees, costs and expenses;

3. The Court will retain jurisdiction to enforce the terms and conditions of the settlement agreement entered into between the Parties; and,

4. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this _____ day December, 2014.

                                                  _____
                                                  U.S. DISTRICT COURT JUDGE

Copies furnished:

Christopher J. Whitelock, Esq.
Candice C. Pinares-Baez, Esq.