UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.  14-CIV-61939-BLOOM/VALLE

**GUS IRIZARRY**,

    Plaintiff,

v.

**STEEDA AUTOSPORTS, INC.,**
**STEEDA SALES AND SERVICES, LLC**, and
**DARIO ORLANDO**,

    Defendants.
_____/

**ORDER APPROVING SETTLEMENT**
**AND DISMISSING CASE WITH PREJUDICE**

**THIS CAUSE** came before the Court upon the parties' Corrected Motion to Approve FLSA Settlement and Dismiss Case with Prejudice (the "Motion"), ECF No. [21], filed December 4, 2014.  This Court has the responsibility of approving settlement agreements for cases arising under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq., if the parties choose not to present their settlement to the Secretary of Labor.  *See Lynn's Food Stores v. U.S. Dep't of Labor*, 679 F.2d 1350, 1353 (11th Cir. 1982).  The Court has carefully reviewed the record, the Motion, the settlement agreement attached to it, and is otherwise advised in the premises.[1]

The Court finds that settlement of this action is fair and reasonable and that the requested fee is fair, reasonable, and not grossly excessive.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

---

[1] The Settlement Agreement ("Agreement"), ECF No. [21-1] contains a confidentiality provision.  *See* ECF No. [21-1] at 2. Where the Court must approve a settlement, the agreement becomes a part of the judicial record, and therefore may not be deemed confidential even if the parties so consent. *See Jessup v. Luther*, 277 F.3d 926, 929–30 (7th Cir. 2002).  Accordingly, parties may not submit a settlement agreement under seal or seek to have it reviewed in camera unless there is a compelling interest in secrecy. *Id.* at 928. While confidentiality provision indicates that the parties seek to maintain the Agreement's confidentiality, the parties have not sought to file the Agreement under seal. Irrespective of whether such motion would be granted, the Agreement will nonetheless appear on the public docket.

Case No. 14-CIV-61939-BLOOM/VALLE

1. The Motion, **ECF No. [21]** is **GRANTED**.

2. The Settlement Agreement, ECF No. [21-1] between PLAINTIFF GUS IRIZARRY, and DEFENDANTS, STEEDA AUTOSPORTS, INC., STEEDA SALES AND SERVICES, LLC, and DARIO ORLANDO, which has been duly filed as a record of the Court, is **APPROVED** in its entirety.

3. This case is **DISMISSED WITH PREJUDICE**, and all pending motions are **DENIED AS MOOT**.

4. The Court retains jurisdiction to enforce the terms of the Settlement Agreement.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 8th of December, 2014.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record